# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | §    JACK B. SCHMETTERER |
| VARGHESE, RENCHI K | §      Case No. 16-03268 JBS |
| | § |
| Debtor | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> U.S. Bankruptcy Court
> Dirksen Federal Building
> 219 S. Dearborn St.
> Room 713
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/29/2017 in Courtroom 682,

> Dirksen Federal Building
> 219 S. Dearborn St,
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/11/2017      By: ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 13 34*
*Chicago, IL 60604*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VARGHESE, RENCHI K | § | Case No. 16-03268 JBS |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 38,170.33 |
| and approved disbursements of | $ | 418.90 |
| leaving a balance on hand of[1] | $ | 37,751.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 4,567.03 | $ 0.00 | $ 4,567.03 |
| Attorney for Trustee Fees: David R. Brown | $ 3,825.00 | $ 0.00 | $ 3,825.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,549.60 | $ 0.00 | $ 1,549.60 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 13.73 | $ 0.00 | $ 13.73 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,955.36 |
| Remaining Balance | | $ | 27,796.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 612,403.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 12,294.84 | $ 0.00 | $ 558.04 |
| 000002 | Navient Solutions, Inc. Department of | $ 20,129.30 | $ 0.00 | $ 913.64 |
| 000003 | CIENA CAPITAL FUNDING, LLC | $ 578,936.83 | $ 0.00 | $ 26,277.07 |
| 000004 | American Express Bank FSB | $ 1,042.56 | $ 0.00 | $ 47.32 |
| | Total to be paid to timely general unsecured creditors | | $ | 27,796.07 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1334*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Renchi K. Varghese | ) | No. 16-03268 |
| | ) | |
| Debtor | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |

**CERTIFICATE OF SERVICE**

Robert B. Katz, Trustee, states that he served a copy of the foregoing Notice by causing same to be deposited in the U.S. Mail, with proper postage prepaid, addressed to the parties as listed below on the 11th day of July, 2017.

SERVICE LIST

Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
proofofclaim@becket-lee.com

Ciena Capital Funding, LLC
5 Independence Pointe
Suite 140
Greenville, SC 29615
dzellers@cienacapital.com

Capital One Bank (USA), N.A. by American InfoSource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083
POC_AIS@americaninfosource.com

Jody B. Rosenbaum
Jody B. Rosenbaum & Associates
140 S. Dearborn St.
Suite 1610
Chicago, IL 60603-5299
jrosenbaumlaw@gmail.com

Navient Solutions, Inc. Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Patrick S. Layng, Esq.
United States Trustee
Dirksen Federal Building
219 S. Dearborn St.
Suite 873
Chicago, IL 60604
ustpregion11.es.ecf@usdoj.gov

Renchi K. Varghese
2309 E. Hunter Dr.
Arlington Heights, IL 60004

                                                  ____/s/Robert B. Katz_____
                                                        Robert B. Katz