# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§ JACK B. SCHMETTERER
VARGHESE, RENCHI K § Case No. 16-03268
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 557,880.00                     Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 27,796.07     Claims Discharged
                                                 Without Payment: 584,607.46

Total Expenses of Administration: 10,374.26

3) Total gross receipts of $ 38,170.33  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 38,170.33  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,374.26 | 10,374.26 | 10,374.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 612,403.53 | 612,403.53 | 27,796.07 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 622,777.79 | $ 622,777.79 | $ 38,170.33 |

  4)  This case was originally filed under chapter 7 on 02/03/2016 . The case was pending for 21 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/13/2017           By:/s/Robert B. Katz, Trustee
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SIXERS CORPORATION 16.66% OWNERSHIP | 1129-000 | 33,333.33 |
| INCOME TAX REFUND | 1224-000 | 4,837.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 38,170.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 4,567.03 | 4,567.03 | 4,567.03 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 21.55 | 21.55 | 21.55 |
| ASSOCIATED BANK | 2600-000 | NA | 397.35 | 397.35 | 397.35 |
| DAVID BROWN | 3210-000 | NA | 3,825.00 | 3,825.00 | 3,825.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 1,549.60 | 1,549.60 | 1,549.60 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 13.73 | 13.73 | 13.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,374.26 | $ 10,374.26 | $ 10,374.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 1,042.56 | 1,042.56 | 47.32 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 12,294.84 | 12,294.84 | 558.04 |
| 000003 | CIENA CAPITAL FUNDING, LLC | 7100-000 | NA | 578,936.83 | 578,936.83 | 26,277.07 |
| 000002 | NAVIENT SOLUTIONS, INC. DEPARTMENT | 7100-000 | NA | 20,129.30 | 20,129.30 | 913.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 612,403.53 | $ 612,403.53 | $ 27,796.07 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-03268 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | VARGHESE, RENCHI K | | | Date Filed (f) or Converted (c): | 02/03/16 (f) |
| | | | | 341(a) Meeting Date: | 03/03/16 |
| For Period Ending: | 10/13/17 | | | Claims Bar Date: | 08/09/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. 2309 EAST HUNTER DRIVE, Arlington Heights IL 60004 Cook County - TENANCY BY THE ENTIRETY | 365,000.00 | 0.00 | | 0.00 | FA |
| 4. LEXUS RX330 2004 - 115,000 MILES | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. HONDA ODYSSEY 2004 - 116000 MILES | 1,700.00 | 0.00 | | 0.00 | FA |
| 6. FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. ELECTRONICS - 2TV'S, 1 COMPUTER | 50.00 | 0.00 | | 0.00 | FA |
| 8. PERSONAL CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING ACCOUNT PNC BANK | 600.00 | 0.00 | | 0.00 | FA |
| 10. SIXERS CORPORATION 16.66% OWNERSHIP | 33,000.00 | 33,333.33 | | 33,333.33 | FA |
| 11. SVT MASTERS 14.25% OWNERSHIP UNKNOWN VALUE | Unknown | 0.00 | | 0.00 | FA |
| 12. 401(K) VOYA FINANCIAL | 156,000.00 | 0.00 | | 0.00 | FA |
| 13. IRA METLIFE | 22,000.00 | 0.00 | | 0.00 | FA |
| 14. INTERESTS IN INSURANCE POLICIES METLIFE - BENIFICIARY GENZIE VARGHESE | 6,330.00 | 0.00 | | 0.00 | FA |
| 15. INCOME TAX REFUND (u) | 0.00 | 4,837.00 | | 4,837.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $590,880.00    $38,170.33    $38,170.33    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1

Ver: 20.00e

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 16-03268   JBS   Judge: JACK B. SCHMETTERER |
| Case Name: | VARGHESE, RENCHI K |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Date Filed (f) or Converted (c): | 02/03/16 (f) |
| 341(a) Meeting Date: | 03/03/16 |
| Claims Bar Date: | 08/09/16 |

Trustee received payment from debtor per court order for the value of the debtor's interest in Sixers Corp (which owns 2 parcels of real estate). Trustee also received payment for debtors 2016 income tax refund.

Initial Projected Date of Final Report (TFR): 12/31/17      Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-03268 -JBS | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | VARGHESE, RENCHI K | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7597 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4133 | | |
| For Period Ending: | 10/13/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/16 | 10 | Jody B. Rosenbaum<br>Client Escrow Account<br>722A W. Junior Terrace<br>Chicago, IL 60613 | OWNERSHIP SHARES OF SIXERS CORP | 1129-000 | 33,333.33 | | 33,333.33 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.57 | 33,307.76 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.51 | 33,258.25 |
| 12/01/16 | 15 | Renchi K Varghese<br>Benzie C Varghese<br>2309 E Hunter Drive<br>Arlington Heights, IL 60004 | IRS-FEDERAL TAX REFUND | 1224-000 | 4,837.00 | | 38,095.25 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.85 | 38,047.40 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.33 | 37,991.07 |
| 02/03/17 | 010001 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT<br>Bond #016073584 | 2300-000 | | 21.55 | 37,969.52 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.49 | 37,913.03 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.92 | 37,862.11 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.29 | 37,805.82 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.39 | 37,751.43 |
| 08/24/17 | 010002 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Accountant for Trustee Fees (Other | | | 1,563.33 | 36,188.10 |
| | | | Fees          1,549.60 | 3410-000 | | | |
| | | | Expenses         13.73 | 3420-000 | | | |
| 08/24/17 | 010003 | David R. Brown<br>Springer Brown, LLC | Attorney for Trustee Fees (Other Fi | 3210-000 | | 3,825.00 | 32,363.10 |

Page Subtotals        38,170.33      5,807.23

Ver: 20.00e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 16-03268 -JBS | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | VARGHESE, RENCHI K | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7597 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4133 | | | |
| For Period Ending: | 10/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/17 | 010004 | 300 South County Farm Road<br>Wheaton, IL 60187<br>ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1334<br>CHICAGO, IL 60604 | TRUSTEE FEES | 2100-000 | | 4,567.03 | 27,796.07 |
| 08/24/17 | 010005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 4.53881% | 7100-000 | | 558.04 | 27,238.03 |
| 08/24/17 | 010006 | Navient Solutions, Inc. Department of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Claim 000002, Payment 4.53886% | 7100-000 | | 913.64 | 26,324.39 |
| 08/24/17 | 010007 | CIENA CAPITAL FUNDING, LLC<br>C/O DANIEL ZELLERS<br>212 S. TRYON ST., SUITE 1560<br>CHARLOTTE, NC 28281 | Claim 000003, Payment 4.53885% | 7100-000 | | 26,277.07 | 47.32 |
| 08/24/17 | 010008 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 4.53883% | 7100-000 | | 47.32 | 0.00 |

Page Subtotals         0.00         32,363.10

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-03268 -JBS | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- |
| Case Name: | VARGHESE, RENCHI K | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7597 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4133 | | |
| For Period Ending: | 10/13/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 38,170.33 | 38,170.33 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 38,170.33 | 38,170.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 38,170.33 | 38,170.33 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******7597 | 38,170.33 | 38,170.33 | 0.00 |
| | 38,170.33 | 38,170.33 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee    Date: 10/13/17
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    0.00

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*